IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATHAN JOHNSON, RACHEL DeBAUN, NATHAN MOORE, SHAWN DERRICK, and ALAN RABINOWITZ, on behalf of themselves as well as a Class of all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>LOANDEPOT.COM, LLC,<br><br>Defendant. | Civil Action No. 1:25-CV-02294-JRR |

**DECLARATION OF RANDI ENISON IN SUPPORT OF DEFENDANT'S
MOTION TO DISMISS THE PLAINTIFFS' CLASS ACTION COMPLAINT**

I, Randi Enison, hereby declare as follows:

1. I am over the age of eighteen and am fully competent to make this declaration. I am employed by loanDepot.com, LLC ("loanDepot" or the "Company") and serve as Senior Vice President and Associate General Counsel for the Company.

2. It is within my job duties to be knowledgeable about loanDepot's operations. As a result of my role and the duties related thereto, I have personal knowledge of the facts set forth in this declaration, or have learned the information through a review of documents kept in the regular course of loanDepot's business. If called as a witness, I could and would competently testify to the matters set forth herein.

3. loanDepot is one of the nation's largest mortgage lenders. loanDepot offers customers loans through a few channels. One primary channel for selling mortgage products is through loanDepot's Retail channel, in which dedicated loan officers at brick and mortar branches

connect and work with local customers.

4. loanDepot also uses other channels to sell mortgage loans, including its Direct lending channel, which by comparison sources customers and sells loans based on online and call center activity.

5. loanDepot's Retail and Direct channels are entirely distinct and operate differently. By way of example, and as relevant in this case, loanDepot employs no Internal Loan Consultants outside of the Retail channel.

6. loanDepot distinguishes between Retail and Direct loans by assigning different numbers to them: loans from the Direct channel begin with the digits "10," whereas loans from the Retail channel begin with the digits "40." As reflected on loanDepot's internal files and on his own loan file, Plaintiff Alan Rabinowitz's loan number begins with a 10, indicating he refinanced his loan through loanDepot's Direct channel, not its Retail channel.

7. loanDepot also employs different loan officers in the Retail and Direct channels. Plaintiff Rabinowitz's mortgage loan was originated by a loan officer in loanDepot's Direct channel.

8. I declare under the penalty of perjury under the laws of the United Stated that the foregoing is true and correct.

EXECUTED on this 12th day of September, 2025 at Jacksonville Beach, Florida.

_____
Randi Enison