# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATHAN JOHNSON, RACHEL DEBAUN, NATHAN MOORE, SHAWN DERRICK, and ALAM RABINOWITZ, on behalf of themselves as well as a Class of all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>LOANDEPOT.COM, LLC,<br><br>Defendant. | Civil Action No. 1:25-cv-02294-JRR |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT AND MOTION TO STRIKE CERTAIN ALLEGATIONS**

Plaintiffs Nathan Johnson, Rachel DeBaun, Nathan Moore, Shawn Derrick, and Alan Rabinowitz (collectively "Plaintiffs"), by and through undersigned counsel, respectfully move the Court to extend the deadline for Plaintiffs to respond to Defendant loanDepot.com, LLC's ("Defendant") Motion to Dismiss Plaintiffs' Class Action Complaint and Motion to Strike Certain Allegations (the "Motion") by two (2) weeks, up to and including October 10, 2025. In support thereof, Plaintiffs state as follows:

1. Plaintiffs filed the Class Action Complaint and Jury Demand on July 15, 2025.

2. Defendant was served with the Complaint on July 21, 2025.

3. Defendant filed its Motion on September 12, 2025.

4. Due to the upcoming Jewish holidays (Rosh Hashanah and Yom Kippur), Plaintiffs seek a two (2) week extension – until October 10, 2025 – to respond to Defendant's Motion.

5. Prior to filing this Motion, counsel for Plaintiffs contacted Defendant's counsel to discuss the requested extension, and Defendant's counsel consented to the extension on September 19, 2025.

WHEREFORE, Plaintiffs Nathan Johnson, Rachel DeBaun, Nathan Moore, Shawn Derrick, and Alan Rabinowitz respectfully request that the Court grant this extension and enter the Proposed Order submitted herewith.

Dated: September 25, 2025

                                                Respectfully submitted,

*/s/ Ari Karen*
Ari Karen, Esq. (Fed. Bar. No. 13848)
Seth Waxman, Esq. (admitted *PHV*)
Nonny O. George, Esq. (admitted *PHV*)
MITCHELL SANDLER PLLC
2020 K Street NW, Suite 760
Washington, D.C. 20006
(202) 886-5260
akaren@mitchellsandler.com
swaxman@mitchellsandler.com
ngeorge@mitchellsandler.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2025, the foregoing Consent Motion for Extension of Time to Respond to Defendant's Motion to Dismiss Plaintiffs' Class Action Complaint and Motion to Strike Certain Allegations was filed with the Clerk of the Court for the United States District Court for the District of Maryland using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Ari Karen*
Ari Karen, Esq.
