# **EXHIBIT B**

# EXHIBIT 11

Page 365

1    BY MR. KAREN:
2    Q.    But -- okay.  Well, that's fine.
3          MR. KAREN:  Let's go to Exhibit 57.
4          (Document marked Exhibit No. 57.)
5    BY MR. KAREN:
6    Q.    This is another loan between -- that
7    you're discussing.  And you say to Mr. Johnson,
8    "Need to have an ILC name before I can verify and
9    send on.  Thanks."  Do you se that?
10   A.    I do.
11   Q.    And when you're saying "send on," you're
12   talking about sending on to Mr. Ramos and/or
13   Mr. Bianchi for approval, right?
14   A.    Correct.
15   Q.    Okay.  So it's important for them to see
16   that it had been put in an ILC name before you
17   sent it on, right?
18   A.    Correct.
19   Q.    Because that would tell them that the
20   hundred basis points you otherwise were paying the
21   loan officer isn't in there anymore, right?
22   A.    Correct.
23         MR. KAREN:  Let's go to Exhibit 54.
24         (Document marked Exhibit No. 54.)
25   BY MR. KAREN: