# **EXHIBIT C**

# EXHIBIT 6

**Message**

| | |
|---|---|
| From: | John Bianchi [jbianchi@loandepot.com] |
| Sent: | 11/12/2021 6:44:24 PM |
| To: | John Bianchi [JBianchi@loandepot.com] |
| CC: | Chris Holloway [CHolloway@loandepot.com]; Tom Fiddler [TFiddler@loandepot.com] |
| Subject: | Authorized for Pricing Exception - #▇▇▇▇4269 - ▇▇▇▇▇▇ |

A Message from loanDepot A message from loanDepot



**Pricing Exception Authorized:**

| | |
|---|---|
| Loan Number: | ▇▇▇▇4269 |
| Borrower Name: | ▇▇▇▇▇▇▇▇▇ |
| Loan Amount: | $308,000.00 |
| Interest Rate: | 2.875 |
| Decisioned By: | John Bianchi |
| Exception Percent: | -0.591 |
| Reason: | ilc ---- Loan is in the ILC, salvaging it. Won't stick with us unless we match broker at 2.875% |

© Copyright 2021 - loanDepot, 26642 Towne Centre Drive, Foothill Ranch, 92610. All rights reserved. NMLS I.D. #174457

DL_EMT_Agent_6048_PricingExceptionAuthorized_0319