# **EXHIBIT D**

Case 1:25-cv-02294-JRR   Document 29-5   Filed 10/03/25   Page 1 of 3

# EXHIBIT 7

| | |
|---|---|
| **Message** | |
| From: | John Bianchi [jbianchi@loandepot.com] |
| Sent: | 10/13/2021 9:36:32 PM |
| To: | John Bianchi [JBianchi@loandepot.com] |
| CC: | Chris Holloway [CHolloway@loandepot.com]; Tom Fiddler [TFiddler@loandepot.com] |
| Subject: | Authorized for Pricing Exception - # ▮▮▮4728 - ▮▮▮ |

A Message from loanDepot A message from loanDepot



### Pricing Exception Authorized:

| | |
|---:|:---|
| **Loan Number:** | ▮▮▮4728 |
| **Borrower Name:** | ▮▮▮▮▮▮ |
| **Loan Amount:** | $750,000.00 |
| **Interest Rate:** | 2.750 |
| **Decisioned By:** | John Bianchi |
| **Exception Percent:** | -1.008 |
| **Reason:** | ILC deal, competing against BOA on rate. Multiple time past client |

© Copyright 2021 - loanDepot, 26642 Towne Centre Drive, Foothill Ranch, 92610. All rights reserved. NMLS I.D. #174457

DL_EMT_Agent_6048_PricingExceptionAuthorized_0319