# **EXHIBIT G**

# EXHIBIT 10

Page 1439

1    whatever the reasoning was that they had to move a
2    loan from the initial originating loan officer,
3    they would -- they would then put it in her
4    pipeline or reassign it to her to basically Etch A
5    Sketch the loan, start over, where they could
6    still move the loan forward as it was and close
7    it.
8         Q    And how would you learn that a loan had
9    been transferred to Ms. Mitchell?
10        A    The loan would show up in my pipeline
11   under her as the loan officer.
12        Q    Did this change impact you at all?
13        A    No.  I mean, nothing changed on the
14   loan.  We still worked with the same loan officer
15   and the same loan officer assistants.
16             It was a name.  I -- I really don't know
17   if it was a real person.  I think it was -- I
18   think it was just -- or at the time we all joked
19   about the fact that it was an alias, you know,
20   like calling somebody, you know, George Washington
21   or Bill Clinton in the system.  It was the same
22   thing.  Juanita was just a name that the loan went

Page 1440

1  to.  They could start the loan over and get it
2  closed.
3         We didn't have any interaction with this
4  person and we didn't have any assistance from this
5  person.  If we had to change something in the
6  loan, if the lock had to be updated, if somebody
7  had to go talk to the borrower, it was always the
8  original loan officers.
9     Q   So I take it you never met Ms. Mitchell?
10    A   No.  I never met anybody.
11    Q   Okay.  So you mentioned earlier that you
12  now work at Movement.
13         When did you start working there?
14    A   December 2021.  December 13th.
15    Q   And what led you to leave loanDepot and
16  join Movement in December of 2021?
17    A   I did not want to work there anymore.  I
18  had no reason to stay.  For -- do you want me to
19  expand on that because I had no reason to stay?
20    Q   Sure.
21    A   There were multiple reasons I had no
22  reason to stay.

Page 1747

1  A   Pricing.
2  Q   Okay. So what we're going to be talking
3  about now, just to make sure for everybody, we're
4  really just talking about ILC transfers for
5  pricing, right?
6  A   Yes.
7  Q   Okay. So when there was a transfer for
8  pricing to an ILC, how did that change what the
9  initial loan officer did on the file?
10 A   It did not change.
11 Q   How did that change what the LO or
12 processor did on the file?
13 A   It didn't change. It was the same --
14 same duties as they would do on a loan that was
15 still in the originator stage.
16 Q   Well, then how could you really call it
17 a transfer?
18 A   Because it reduced your compensation.
19 Q   Yeah, but, I mean, a transfer suggests
20 there was a change of responsibility, right?
21 A   It was three-card monte. It was
22 literally just smoke in mirrors so that the