# **EXHIBIT H**

# EXHIBIT 9

Message

| | |
|---|---|
| From: | Kevin Luchko [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9487354AF3EF4C4499BA36047548875E-KEVIN LUCHK] |
| Sent: | 3/11/2020 5:15:35 PM |
| To: | John Bianchi [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e92250be5bee437db66e4f050c06a594-John Bianch]; Chris Holloway [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a56c2c084476400c8932e690d8162fdd-Chris Hollo]; Tom Fiddler [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3bfc606fc1174b45be2d775e895adf1c-Tom Fiddler] |
| CC: | Marissa Moore [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c25952773a914784b4a6a68d4e840d65-Marissa Moo] |
| Subject: | RE: ▇ 3628 |

Its in the ILC was transferred last night.

**From:** John Bianchi <JBianchi@loandepot.com>
**Sent:** Wednesday, March 11, 2020 1:13 PM
**To:** Chris Holloway <CHolloway@loandepot.com>; Kevin Luchko <kluchko@loandepot.com>; Tom Fiddler <TFiddler@loandepot.com>
**Cc:** Marissa Moore <MMoore@loandepot.com>
**Subject:** Re: ▇ 3628

If these are in relation to an ILC
Can we please transfer the loans to the ILC prior to doing the PE request and locking the loans. It becomes problematic for us to lock and transfer after the fact.

**John Bianchi**
*EVP, National Production Manager Distributed Retail*

📞 (949) 575-5405

📱 949 238 0594

📞 (888) 337-6888 ext. 8005

🖨 (949) 575-5405

✉ JBianchi@loandepot.com

🖥 https://www.loanDepot.com



2600 Michelson Dr, Ste 1400,, Irvine, California 92612
NMLS#174457

Customer service is our top priority. If you are not receiving exceptional customer service, or if you have any questions, please contact us at www.loandepot.com/about/contactus.